## Cleveland, Cincinnati, Chicago & St. Louis Railway Company v. John Kincaid.

1. *Follows the Previous Case.*

Appeal from the Circuit Court of McLean County; the Hon. THOMAS F. TIPTON, Judge, presiding. Heard in this court at the November term, 1894. Affirmed. Opinion filed June 3, 1895.

FRANK Y. HAMILTON, attorney for appellant; JOHN T. DYE, of counsel.

WELTY & STERLING, attorneys for appellee.

OPINION PER CURIAM.

The material points in law and of fact arising upon this record are substantially the same as in the case of this appellant v. G. W. Sellers, decided by this court at this term.

Both cases were to recover damages occasioned by the same fire.

Adopting the opinion in the Sellers case the judgment in this case is affirmed.